IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

WILLIE LITTLETON                                                                                          PLAINTIFF

v.                                              No. 3:04CV00224 GH

PILOT TRANSPORTATION CENTER                                                          DEFENDANT

# ORDER

The parties will file simultaneous post-trial briefs by April 7th.

IT IS SO ORDERED this 28th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE