IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**WILLIE LITTLETON**                                                                 **PLAINTIFF**

VS.                                          NO. 3:04CV00224JMM

**PILOT TRAVEL CENTERS, LLC**                                         **DEFENDANT**

## JUDGMENT

Pursuant to the findings of fact and conclusions of law entered on this date, it is

Considered, Ordered and Adjudged that this case be, and it is hereby, dismissed.

IT IS SO ORDERED this 14th day of September, 2007.

_____
James M. Moody
United States District Court